UNITED STATES of America, Plaintiff–Appellee,

v.

Gerardo RAMIREZ–LEIJA, also known as Jerry Ramirez, also known as Geraldo Ramirez, Defendant–Appellant,

No. 02–50773. Summary Calendar

United States Court of Appeals, Fifth Circuit.

DECIDED: May 26, 2004.

Joseph H. Gay, Jr., Assistant US Attorney, San Antonio, TX, for Plaintiff–Appellee.

Gerardo Ramirez-Leija, Florence, CO, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:*

Court appointed counsel for Gerardo Ramirez–Leija has moved for leave to withdraw in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ramirez has responded to counsel's motion and brief, asking the court to consider the issue raised by counsel, challenging the prior deportation

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

upon which his 8 U.S.C. § 1326 conviction is based, challenging the district court's use of U.S.S.G. § 2L1.2(b)(1)(A) in calculating his sentence, and arguing that he had ineffective assistance of counsel. Ramirez' ineffective assistance of counsel claim is not cognizable on direct appeal. *See United States v. Brewster*, 137 F.3d 853, 859 (5th Cir.1998).

Our independent review of the record, counsel's brief, and the issues raised by Ramirez discloses no nonfrivolous appellate issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.